

POLICE DEPARTMENT

Facilities Management Division
One Police Plaza, Room #606
New York, NY 10038

March 31, 2022

## NOTICE: COMMENCEMENT OF ELECTRICAL RENOVATIONS AT 700 COLUMBIA STREET PIER

Please be advised that the New York City Department of Design and Construction, in conjunction with the New York City Police Department (NYPD) will be commencing an extensive project to restore electrical power to the NYPD Erie Basin Tow Pound and Evidence Facility.

As such, all parking in this area of the pier will be temporarily suspended, to allow the excavation of the roadbed and the existing, non-working electrical lines which are embedded below. To allow for continuing access and operation of the Erie Basin Facility, the current parking area will need to be utilized for both material storage and as a means of egress in and out of the facility.

Please note, that **all vehicles, trailers, and mobile homes <u>must</u> be moved from the parking area of the pier by _April 7, 2022._**  Failure to vacate will result in tow/relocation.

The project is expected to last for 5-7 months, barring any delays.

Any questions or concerns, please feel free to contact:

Detective Michael Gries
Facilities Management Division
646-610-7650
Michael.Gries@NYPD.org

Police Officer Moet Kelly
76th Precinct
917-297-8625
Moet.Kelly@NYPD.org

Police Officer Vegnel Jovin
76th Precinct
917-912-5354
Vegnel.Jovin@NYPD.org

COURTESY  •  PROFESSIONALISM  •  RESPECT
**Website: http://nyc.gov/nypd**